**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01557-CMA-CBS

RICHARD STEELE, and
EDWARD J. EVIEY,

    Plaintiffs,

v.

THREE UNKNOWN FEDERAL CORRECTIONAL OFFICERS OF THE UNITED
STATES BUREAU OF PRISONS, and
THE UNITED STATES BUREAU OF PRISONS,

    Defendants.

---

**ORDER GRANTING JOINT MOTION TO STAY BRIEFING ON MOTION TO DISMISS**

---

The Court, having considered the parties' Joint Motion to Stay Briefing on Motion to Dismiss (Doc. # 21) and being fully advised in the matter, hereby GRANTS the Motion. Briefing on the pending motions to dismiss is stayed. If an Amended Complaint is filed, the served Defendants shall file an answer or other response to the Amended Complaint by the deadlines set forth in the rules. If an Amended Complaint is not filed, Defendant's reply in support of its motion to dismiss shall be due on December 18, 2009.

FURTHER, in the future, counsel are directed to follow the filing instructions set forth in the Local Rules, *i.e.*, D.C.COLO.LCivR 10.1E, and this Court's Practice Standards III.B.1.

DATED: November 24, 2009    BY THE COURT:

    *[signature]*

    _____
    CHRISTINE M. ARGUELLO
    United States District Judge