IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01557-CMA-CBS

RICHARD STEELE, and
EDWARD J. EVIEY,

      Plaintiffs,

v.

THREE UNKNOWN FEDERAL CORRECTIONAL OFFICERS, and
THE UNITED STATES BUREAU OF PRISONS,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Continue Scheduling Order (*doc. # 23*) and Plaintiff's Unopposed Motion for Order to Amend Complaint (*doc. # 27*) are DENIED, without prejudice, for failure to comply with D.C. COLO. ECF. PROC.V.F.2 and D.C. COLO. ECF. PROC.V.L.1.a.

      IT IS FURTHER ORDERED that Plaintiff's Amended Complaint (*doc. # 26*) is STRICKEN.

      Counsel are directed to the Court's CM/ECF Help Desk at 303.335.2050 for assistance and/or questions regarding filing documents with the Court.

**DATED:**      December 16, 2009