IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-01557-CMA-CBS

RICHARD STEELE, and
EDWARD J. EVIEY,

      Plaintiffs,

v.

THREE UNKNOWN FEDERAL CORRECTIONAL OFFICERS, and
THE UNITED STATES BUREAU OF PRISONS,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiffs' "Unopposed Motion for Leave to Amend Complaint" *(doc. # 33)* is GRANTED.  Plaintiffs' "Federal Tort Claim Amended Complaint for Damage" *(doc no. 33-2)*, tendered to the court on December 18, 2009, is accepted for filing as of the date of this order.

      IT IS FURTHER ORDERED that the Defendant has twenty-one (21) days from the date of this Minute Order to file a responsive pleading to the Amended Complaint.

**DATED:**      December 21, 2009