**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01557-CMA-CBS

RICHARD STEELE,
EDWARD J. EVIEY,
KENNETH BECKER, and
PHILLIP HOOKER, JR.,

    Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER GRANTING STIPULATION OF DISMISSAL
OF PLAINTIFFS HOOKER AND BECKER**

---

This matter is before the Court on the parties' Stipulation of Dismissal of Plaintiffs' Hooker and Becker (Doc. # 40). The Court has reviewed the Stipulation and hereby ORDERS that all claims brought against Defendant by Plaintiffs Becker and Hooker are hereby DISMISSED WITHOUT PREJUDICE, and Plaintiffs Kenneth Becker and Phillip Hooker, Jr. are DISMISSED as Plaintiffs in this action. It is

FURTHER ORDERED that each party shall pays his or its own costs and attorneys' fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Kenneth Becker and Phillip Hooker, Jr. as Plaintiffs in this case.

DATED: February __12__, 2010

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge