IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01557-CMA-CBS

RICHARD STEELE, and
EDWARD J. EVEY,

       Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

       Defendant.

## ORDER TO CURE DEFICIENCY

Arguello, Judge

Edward Evey submitted a Notice of Appeal on July 12, 2010. The court has determined that the document is deficient as described in this order. Edward Evey will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
    ___ is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
    ___ is not submitted
    ___ is missing affidavit
    _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
    ___ is missing required financial information
    ___ is missing an original signature by the prisoner
    _X_ is not on proper form (must use the court's current form)
    ___ other_____

Accordingly, it is

ORDERED that Mr. Evey cure the deficiencies designated above within 30 days from the date of this order. Any papers that Mr. Evey files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Edward Evey, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Edward Evey fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado, this __16th__ day of July, 2010.

BY THE COURT:

_Christine M Arguello_
_____
JUDGE, UNITED STATES DISTRICT COURT
COURT FOR THE DISTRICT OF COLORADO